**UNITED STATES BANKRUPTCY COURT**

**MOR-1**

| | |
|---|---|
| CASE NAME: | 2555 N. MacGregor L.L.C. |
| CASE NUMBER: | 15-31952 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 4/6/2015 0:00 |
| DISTRICT OF TEXAS: | SOUTHERN |
| DIVISION: | HOUSTON |

### MONTHLY OPERATING REPORT SUMMARY   FOR MONTH                YEAR

| MONTH | APRIL | MAY | JUNE | JULY | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 2,500.00 | 0.00 | 7,550.00 | | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 2,500.00 | -1,000.00 | 7,550.00 | | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 325.00 | -1,000.00 | 1,983.00 | | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 1,875.00 | 1,000.00 | 3,770.00 | | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | ___-___-___ |
| LIABILITY | YES ( ) NO ( ) | ___-___-___ |
| VEHICLE | YES ( ) NO ( ) | ___-___-___ |
| WORKER'S | YES ( ) NO ( ) | ___-___-___ |
| OTHER | YES ( ) NO ( ) | ___-___-___ |

CIRCLE ONE

Are all accounts receivable being collected within terms?   Yes   No
Are all post-petition liabilities, including taxes, being paid within terms?   Yes   No
Have any pre-petition liabilities been paid?   Yes   No
  If so, describe _____
Are all funds received being deposited into DIP bank accounts?   Yes   No
Were any assets disposed of outside the normal course of business?   Yes   No
  If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current?   Yes   No
What is the status of your Plan of Reorganization? _____

| | |
|---|---|
| ATTORNEY NAME: | Reese W. Baker |
| FIRM NAME: | Baker & Associates |
| ADDRESS: | 5151 Katy Freeway |
| | Ste 200 |
| CITY, STATE, ZIP: | Houston, TX 77007 |
| TELEPHONE/FAX: | (713) 869-9200 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_   TITLE: Managing Member
(ORIGINAL SIGNATURE)
Sean A. Roberts   9/21/2015
(PRINT NAME OF SIGNATORY)   DATE

Revised 07/01/98

**MOR-1**

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 0.00 | 625.00 | 1,982.00 | | | |
| Accounts Receivable, Net | | 22,500.00 | 25,000.00 | 22,551.00 | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 22,500.00 | 25,625.00 | 24,533.00 | | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 700,000.00 | 700,000.00 | 700,000.00 | 700,000.00 | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 700,000.00 | 700,000.00 | 700,000.00 | 700,000.00 | | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $700,000.00 | $722,500.00 | $725,625.00 | $724,533.00 | | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 4,196.00 | 8,392.00 | 12,588.00 | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | 604,000.00 | 604,000.00 | 604,000.00 | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 604,000.00 | 604,000.00 | 604,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 608,196.00 | 612,392.00 | 616,588.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | 0.00 | 0.00 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 114,304.00 | 112,608.00 | 109,594.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $722,500.00 | $725,000.00 | $726,182.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes (Accued) | | 758.00 | 1,516.00 | 2,274.00 | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 758.00 | 1,516.00 | 2,274.00 | | 0.00 |
| SECURED DEBT POST-PETITION | | 604,000.00 | 604,000.00 | 604,000.00 | | |
| ACCRUED INTEREST PAYABLE | | 3,438.00 | 6,876.00 | 10,314.00 | | |
| ACCRUED PROFESSIONAL FEES* | | | 1,000.00 | 1,000.00 | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. | | | | | | |
|   2. | | | | | | |
|   3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $608,196.00 | $613,392.00 | $617,588.00 | | $0.00 |

*Payment requires Court Approval

**MOR-4**                                                                                           *Revised 07/01/98*

  * Post Oak Bank
    Tax Ease

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

## AGING OF POST-PETITION LIABILITIES
MONTH                JULY

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER INTEREST |
|---|---|---|---|---|---|---|
| 0-30 | 4,196.00 | | | | 758.00 | 3,438.00 |
| 31-60 | 4,196.00 | | | | 758.00 | 3,438.00 |
| 61-90 | 4,196.00 | | | | 758.00 | 3,438.00 |
| 91+ | | | | | | 3,438.00 |
| TOTAL | $12,588.00 | $0.00 | $0.00 | $0.00 | $2,274.00 | $13,752.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | MAY | JUNE | JULY | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | 0.00 | | | |
| 31-60 DAYS | | | 2,500.00 | | | |
| 61-90 DAYS | | | 2,500.00 | | | |
| 91+ DAYS | | | 17,500.00 | | | |
| TOTAL | $0.00 | $0.00 | $22,500.00 | | $0.00 | $0.00 |

**MOR-5**                                                                *Revised 07/01/98*

*Post Oak Bank
Tax Ease

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

## STATEMENT OF INCOME (LOSS)

| | MONTH | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | 2,500.00 | 0.00 | 7,549.00 | | | 10,049.00 |
| TOTAL COST OF REVENUES | | | | | 0.00 | | | 0.00 |
| GROSS PROFIT | | 0.00 | 2,500.00 | 0.00 | 7,549.00 | | 0.00 | 10,049.00 |
| **OPERATING EXPENSES:** | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | | | 250.00 | | 521.09 | | | 771.09 |
| Insiders Compensation | | | | | | | | 0.00 |
| Professional Fees | | | | 1,000.00 | 0.00 | | | 1,000.00 |
| Other | | | 1,625.00 | | 4,849.01 | | | 6,474.01 |
| Other - Bank fees | | | | | 82.00 | | | 82.00 |
| **TOTAL OPERATING EXPENSES** | | 0.00 | 1,875.00 | 1,000.00 | 5,452.10 | | 0.00 | 8,327.10 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | 0.00 | 625.00 | -1,000.00 | 2,096.90 | | 0.00 | 1,721.90 |
| INTEREST EXPENSE | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | | 0.00 | 625.00 | -1,000.00 | 2,096.90 | | 0.00 | 1,721.90 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | | $0.00 | $625.00 | ($1,000.00) | $2,096.90 | | $0.00 | $1,721.90 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                                              *Revised 07/01/98*

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH MAY | MONTH | MONTH JUNE | MONTH JULY | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $625.00 | | $0.00 | | $0.00 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | 2,500.00 | | 5,000.00 | | | 7,500.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | 2,450.00 | | | 2,450.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | | 0.00 | 2,500.00 | 0.00 | 7,450.00 | | 0.00 | 9,950.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | 3,200.00 | | | 3,200.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | | 250.00 | | 521.04 | | | 771.04 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | 825.00 | | 1,649.01 | | | 2,474.01 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | 800.00 | | | | | 800.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | 0.00 | 1,875.00 | 0.00 | 5,370.05 | | 0.00 | 7,245.05 |
| 19. PROFESSIONAL FEES | | | | 1,000.00 | | | | 1,000.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | | 0.00 | 1,875.00 | 1,000.00 | 5,370.05 | | 0.00 | 8,245.05 |
| 22. NET CASH FLOW | | 0.00 | 625.00 | -1,000.00 | 2,079.95 | | 0.00 | 1,704.95 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $625.00 | $0.00 | $2,079.95 | | $0.00 | $1,704.95 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: 2555 N. MacGregor L.L.C.
CASE NUMBER: 15-31952

# CASH ACCOUNT RECONCILIATION
## MONTH OF JULY

| BANK NAME | WELLS FARGO | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #XXXXXX2211 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 1,983.00 | | | | $1,983.00 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 1,000.00 | | | | $1,000.00 |
| ADJUSTED BANK BALANCE | | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | -47.00 | | | | ($47.00) |
| RECEIPTS* | 5,800.00 | | | | $5,800.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 3,770.04 | | | | $3,770.04 |
| ENDING CASH - PER BOOKS | $1,982.96 | $0.00 | $0.00 | $0.00 | $1,982.96 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** 2555 N. MacGregor L.L.C.
**CASE NUMBER:** 15-31952

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**  *Revised 07/01/98*