Exhibit "___A___"

# Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377          Fax:(214) 237-3380

Tax Ease                                                    August 31, 2015
14901 Quorum Drive
Suite 900
Dallas, Texas
75254

                                                            File #:     01-02771
**Attention:**   Accounts Payable                           Inv #:      3751

RE:      2555 N. MacGregor, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-28-15 | Review loan documents and docket. Prepare notice of appearance. | 0.50 | 162.50 | HMS |
| May-05-15 | Review schedules | 0.20 | 65.00 | HMS |
| May-12-15 | Prepare proof of claim. | 0.40 | 130.00 | HMS |
| May-20-15 | Review motion for use of cash collateral, budget and proposed order. | 0.20 | 65.00 | HMS |
| Jul-07-15 | Review plan and DS. | 0.60 | 195.00 | HMS |
| Jul-13-15 | Review amended plan. Review April and May MOR. | 0.40 | 130.00 | HMS |
| Aug-27-15 | Review amendments to DS and order approving DS and setting deadlines. Review amended May MOR, June and July MOR> | 0.40 | 130.00 | HMS |
| | Totals | 2.70 | $877.50 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| PACER/Lexis/Westlaw | | 5.50 |
| Postage | | 0.49 |
| Totals | | $5.99 |

|  |  |
|---|---:|
| **Total Fee & Disbursements** | $883.49 |
| **Balance Now Due** | $883.49 |

TAX ID Number    26-4758440

Case 15-31952   Document 72-1   Filed in TXSB on 12/18/15   Page 2 of 7

## Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377        Fax:(214) 237-3380

Tax Ease                                                                            November 30, 2015
14901 Quorum Drive
Suite 900
Dallas, Texas
75254

File #:    01-02771

**Attention:**   Accounts Payable                                                   Inv #:     3953

RE:   2555 N. MacGregor, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-25-15 | Review amended plan and disclosure statement. | 0.30 | 97.50 | HMS |
| Sep-30-15 | Review amended July and August MOR. | 0.10 | 32.50 | HMS |
| Oct-06-15 | Prepare plan language to send to debtor's counsel. | 0.20 | 65.00 | HMS |
| Oct-13-15 | Prepare limited objection to confirmation. | 0.40 | 130.00 | HMS |
| Oct-14-15 | Prepare motion for valuation and allowance of post-petition amounts; prepare order. | 0.80 | 260.00 | HMS |
|  | Review Post Oak's objection to confirmation. | 0.10 | 32.50 | HMS |
| Oct-15-15 | Prepare ballot; witness and exhibit list; organize exhibits. | 0.50 | 162.50 | HMS |
| Oct-16-15 | Email exchanges with debtor's counsel re: proposed plan language and continuance of hearing. | 0.20 | 65.00 | HMS |
|  | Review debtor's witness and exhibit list; review Post Oak Bank's witness and exhibit list; and debtor's emergency motion to continue conf hearing. | 0.20 | 65.00 | HMS |
| Oct-22-15 | Review email from debtor's counsel and debtor's amended plan. | 0.30 | 97.50 | HMS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-04-15 | Review debtor's response to TE motion for valuation and allowance of post-petition amounts. | 0.10 | 32.50 | HMS |
| Nov-05-15 | T/C with Preston Towber re: preparation for confirmation hearing | 0.20 | 65.00 | HMS |
| Nov-06-15 | Email exchange with debtor's counsel re: debtor's request for continuance and new plan. | 0.10 | 32.50 | HMS |
|  | Prepare notice of hearing. Review debtor's 2nd emergency motion to continue confirmation hearing. | 0.30 | 97.50 | HMS |
| Nov-11-15 | Prepare requests for admission and interrogatories. | 1.00 | 325.00 | HMS |
| Nov-17-15 | Prepare notice of rescheduled hearing. | 0.20 | 65.00 | HMS |
|  | Totals | 5.00 | $1,625.00 |  |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Facsimiles | 7.75 |
|  | Photocopies | 48.00 |
|  | Postage | 25.24 |
| Nov-30-15 | Outside Professionals | 275.00 |
|  | Totals | $355.99 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,980.99** |
| Previous Balance | 883.49 |
| **Balance Now Due** | **$2,864.48** |

TAX ID Number    26-4758440

**TOWBER LAW FIRM PLLC**
Frost Bank Building
6750 West Loop South, Suite 920
Bellaire, TX 77401
832-485-3555
Tax I.D. 26-1677107

Tax Ease Funding, L.P.　　　　　　　　　　　　　　　　　　　November 30, 2015
C/O Howard Marc Spector　　　　　　　　　　　　　　　　　　　　　　　　228-8
12770 Coit Rd., Suite 1100
Dallas, TX 75251

Matter No. 228-8
Re: 2555 N McGregor
Bill No. 10437

| **Fees:** | | | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/05/15 | PTT | Teleconference with Mr. Spector on strategy; reviewed pleadings drafted email for review before sending to Reese | 0.70 $275.00/hr | $192.50 |
| 11/06/15 | PTT | Revised email; reviewed emails on continuance | 0.30 $275.00/hr | $82.50 |
| | | Hours: Total fees: | 1.00 | $275.00 |

Attorney Summary

PTT　　Preston T Towber　　　　　　1.00 hours at $275.00 per hour

---

**Billing Summary**

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 275.00 |
| **Total now due** | **$275.00** |

Paid by S&J, 11-30-15, Check #3190

## *Spector & Johnson, PLLC*
12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377        Fax:(214) 237-3380

Tax Ease
14901 Quorum Drive
Suite 900
Dallas, Texas
75254

December 16, 2015

File #:   01-02771
Inv #:    Sample

**Attention:**   Accounts Payable

RE:   2555 N. MacGregor, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-28-15 | Work session re: preparing for hearing on motion for valuation; prepare proposed order re: same; review current plan and disclosure statement. | 1.20 | 390.00 | HMS |
| Dec-11-15 | Email to/from Reese Baker re: extension of time on discovery responses. | 0.10 | 32.50 | HMS |
| Dec-15-15 | Prepare amended exhibit and witness list; several communications with client; work session to resolve objections pending in case; emails and T/C with counsel for Post Oak Bank; email with debtor's counsel; prepare agreed order on motion for valuation. | 1.20 | 390.00 | HMS |
| Dec-16-15 | prepare fee application, exhibits and agreed order granting fee application. | 0.50 | 162.50 | HMS |
| | Totals | 3.00 | $975.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $975.00 |
| Previous Balance | 2,864.48 |
| Previous Payments | 2,864.48 |
| **Balance Now Due** | $975.00 |

TAX ID Number    26-4758440

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Dec-08-15 | | 1,980.99 |
| Dec-08-15 | Fees & Expenses Paid- Check # 59362 | 883.49 |
| | **Total Payments** | **$2,864.48** |